JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

SANTOS MANUEL SAUCEDA,  )   NO. CV 19-09366-JLS(AS)
                        )
            Petitioner,  )
                        )
        v.              )        **JUDGMENT**
                        )
STU SHERMAN,            )
                        )
            Respondent.  )
                        )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

            DATED: 03/22/2020.

                            _____
                              JOSEPHINE L. STATON
                            UNITED STATES DISTRICT JUDGE